UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* AVA DOCK, PATRICIA MONKS, PATRICK CAMPION, CAROL MOUSSEAU and JAMES RYAN,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK,<br><br>　　　　　　　　Defendant. | Civil Action No. 10-CV-0385 (GLS/RFT)<br><br>**FILED UNDER SEAL** |

## UNITED STATES' AND THE RELATORS' JOINT STIPULATION OF PARTIAL VOLUNTARY DISMISSAL

Subject to the terms and conditions of the Settlement Agreement, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1), the United States and the relators agree as follows (a) all claims for the Covered Conduct as defined in the Settlement Agreement are dismissed with prejudice as to the United States, and all other claims are dismissed without prejudice as to the United States, and (b) all claims are dismissed with prejudice as to the relators, except for relators' claims for reasonable expenses, attorneys' fees, and costs pursuant to 31 U.S.C. § 3730(d).

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA

　　　　　　　　　　　　　　　　　　RICHARD S. HARTUNIAN
　　　　　　　　　　　　　　　　　　United States Attorney

December 12, 2014

　　　　　　　　　　　　　　　　　　Adam J. Katz (Bar Roll No. 517894)
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

December 12, 2014                    /s/ John D. Hoggan (with permission)
                                     John D. Hoggan, Esq.
                                     Kinsella Hoggan LLP
                                     Counsel for Relators